# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 29, 2016

AUSA Debra L. Dwyer
36 South Charles St.
Baltimore, MD  21201

Darron Goods
#43231-037
USP Big Sandy
P.O. Box 2068
Inez, KY  21224

      MEMO RE:  United States v. Darron Goods
                    Criminal No. JFM-06-0309

Dear Ms. Dwyer and Mr. Goods:

    I have reviewed the memoranda submitted in connection with defendant's motion to equitably toll the one-year limitations period. The motion (document 480) is granted. I am satisfied that under the unique circumstances of this case Mr. Goods should be permitted to have the one-year limitations period equitably tolled.

    The Government may file a supplemental opposition to defendant's motion on or before April 19, 2016.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge