# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-06-0309 |
| v. | * | Civil No. – JFM-15-3069 |
| | * | |
| DARRON GOODS | * | |

******

## MEMORANDUM

The Fourth Circuit has remanded this case on the ground that I did not address two of the issues raised by Darron Goods. Upon consideration of the issues presented, I will deny the motion to vacate and set aside sentence filed by Goods.

The first issue concerns the cumulative effect of Goods' trial counsel in failing to call witnesses who could have bolstered his defense and in failing to seek a limited instruction with regard to a key prosecution witnesses' testimony. Since I found that counsel was not ineffective, I do not find that the cumulative effect of the alleged errors undermine his convictions and sentence.

The fourth issue that I did not address was the alleged *Brady* violation, *see Brady v. Maryland*, 373 U.S. 83 (1963) committed by the government. Goods has not come forward with any evidence to establish that there was a *Brady* violation. Therefore, his claim is groundless.

Date: _____

J. Frederick Motz
United States District Judge

1